■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSWALDO DOUGLAS, Appellant.—Appeal by the defendant (1) from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered December 17, 1985, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence, and (2) by permission, from an order of the same court, dated March 20, 1987, which denied his motion pursuant to CPL 440.10.

Ordered that the judgment and order are affirmed.

Under the circumstances defense counsel's failure to renew a motion premised on speedy trial grounds *(see,* CPL 30.20, 30.30) did not constitute the ineffective assistance of counsel *(see, People v Baldi,* 54 NY2d 137; *People v Droz,* 39 NY2d 457; *People v Torrence,* 135 AD2d 1075). The mere fact that a pretrial motion was not made is not a talismanic indicator that a defendant has been denied the assistance of counsel to which he is constitutionally entitled *(see, People v Prescott,* 133 AD2d 472; *People v Boero,* 117 AD2d 814; *People v Taylor,* 105 AD2d 814). In any event, we are not persuaded that the defendant's speedy trial motion would have been successful if it had been renewed *(see, People v Manley,* 63 AD2d 988, 989; *see also, People v Taylor,* 127 AD2d 714; *People v Walters,* 127 AD2d 870, *lv denied* 69 NY2d 956, 70 NY2d 658; *cf., People v Torrence, supra).* Bracken, J. P., Weinstein, Rubin and Kooper, JJ., concur.